

FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUN 04 2015

James N. Hatten, Clerk
By: AMCau, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEVEN BIVENS,

    Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.

CIVIL ACTION NO.
1:14-CV-1569-ODE

## ORDER

This action alleging a violation of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. §§ 2601 et seq., is before the Court on Steven Bivens' ("Plaintiff") First Motion to Compel [Doc. 27] and Second Motion to Compel [Doc. 42] and Select Portfolio Servicing, Inc.'s ("Defendant") Motion to Extend Discovery [Doc. 38].

A conference on these motions was held in chambers on June 4, 2015; counsel for both parties attended and presented argument.

Having heard argument from both parties, the Court makes the following rulings:

- Plaintiff's First Motion to Compel [Doc. 27] is DENIED IN PART as to Plaintiff's First Requests for Production Nos. 1 through 8.

- Plaintiff's First Motion to Compel [Doc. 27] is GRANTED IN PART as to Plaintiff's First Request for Production No. 9.

- Plaintiff's First Motion to Compel [Doc. 27] is DENIED IN PART as to Plaintiff's Interrogatories Nos. 1 and 2.

- Plaintiff's First Motion to Compel [Doc. 27] is GRANTED IN PART as to Plaintiff's Interrogatories Nos. 3 and 4. As to Interrogatory No. 3, Defendant shall file with the Court its signed supplemental response listing additional employees before the close of discovery. As

to Interrogatory No. 4, Defendant shall produce a supplemental response listing those cases which assert a RESPA cause of action based on Defendant's failure to respond to a QWR before the close of discovery. The scope of Defendant's response is limited to those cases filed between January 10, 2013 and January 9, 2014 and in which the plaintiff had retained counsel.

- Plaintiff's Second Motion to Compel [Doc. 42] is DENIED IN PART as to Second Requests for Production Nos. 1 through 8.

- Plaintiff's Second Motion to Compel [Doc. 42] is GRANTED IN PART as to Second Request for Production No. 9. Defendant shall file with the Court its supplemental response indicating what documents reflecting the "chain of title" of the loan and its servicing have already been provided to Plaintiff within thirty (30) days from the date of entry of this Order.

- Defendant's Motion to Extend Discovery [Doc. 38] is GRANTED. The discovery period is hereby extended an additional sixty (60) days from the date of entry of this Order.

- All requests for attorneys' fees related to the filing of these motions are hereby DENIED.

SO ORDERED, this __4__ day of June, 2015.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE